LA

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Carl Self
  v.
Corporal Bergh

Date, 1/22/2019

Case No. 18-cv-1823

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 JAN 29 P 2:31
STEPHEN C. DRIES
CLERK

## Motion To Identify Doe Defendants.

1. The Plaintiff has Identified The Doe Defendants in this case and has Even spoke with them.
The Nurse is Identified As Nurse Aiva. When I Asked her why she wouldn't Stop at My Cell to look at the Rashes and Burns from the Pepper Spray, she stated that No Matter what, She Don't Stop at Cells.

2. Officer Onstrenga is Another Doe Defendant, When I asked him why He failed to give Me a New uniform He stated that he put in a Request to Laundry Because there wasn't any in Fox Pod. He said he thought he gave Me a Towell, But That is Not true.

(1)

3. Officer Delorit is Another Doe Defendant, Officer Delorit told Me that he Does Recall Me Asking for A New uniform, He states that he left a Note. Nothing Ever came of His NOTE.

4. Officer Pearson is A 4th Doe Defendant. Officer Pearson Said He does Recall Me asking for a uniform and he says He told His Co-worker But nothing was Ever Brought to Me.

5. All of These officers Allowed Me to sit in A Bloody, Pepper Sprayed uniform for 4 days, After I Made Noumorous pleas for Assistance Telling Them all that My Skin was Burning. At this Time I was A Pre-Trial Detainee which Constitutes A 14th Amendment Claim.

6. All The Defendants acted Intentionally and with Reckless Disregard. It Took Officer Lauder 5 Minutes to go get Me New uniforms and a Blanket 4 days later.

Pro-Se

Date 1/22/2019

Carl Self
Carl Self

(2)

TO: Clerk of Courts.

I as sorry to Bother you. Will you please Do me a Big favor and send me a copy of my Complaint, as my copy Dissapeared After a Cell Search. Als Can you please Send me the little Definition Book that you have. It also Disapeared. I Still have the Federal Rules Booklet. The Definition Booklet looks Just like it. Thank you Very much. Also please submitt this Motion.

Pro-Se   Carl S[ignature]
         Carl S[ignature]

1/22/19

2019 JAN 29 PM 2:31
STEPHEN C. DRIES
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED