UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CARL SELF,
　V.
Corporal Bergh, et al.

Case No. 18-CV-1823

DATE, 3/14/19

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 MAR 18 P 1:09
STEPHEN C. DRIES
CLERK

MOTION FOR Default Judgement.

1. On 2/4/19 the Court granted the plaintiffs Motion to Substitute Nurse Aiva for a Jane Doe place holder.

2. Nurse Aiva failed to respond to the plaintiff's Complaint as Required, See Fed. R. Civ. P. 55.

3. The plaintiff is Sueing each Defendant Jointly and severally in their own capacity. Each Defendant acted under Color of State law.

4. The plaintiff is Sueing each Defendant in Compensatory Damages in the amount of $800,000°° and punitive Damages in the amount of, $800,000°°.

5. The plaintiff also seeks recovery of his cost in this suit and any additional Relief this Court Deems just, proper and equitable.

6. The plaintiff Respectfully Request the Court to Grant this Motion and Enter Judgement of Default Against Nurse Aiva.

Respectfully submitted, Pro-Se.

Carl Self
*Carl Self*

3/14/19.