

Case No: (18-CV-1823)
&
(19-CV-1279)

1/21/20

Dear Judge, Adelman,

Your Honor My Name is Carl Self, I am a pretrial Detainee Currently Incarcerated at the Brown County Jail. Due to over Crowding I am being held in the Oconto Co Jail. I Called The Clerk of Courts For The E.D. Today and was Advised to write to you. Right Now on Case, Self v. Cpl Bergh et al, 18-CV-1823 The Defendants filed summary judgement and I filed My Response. This was a few months ago. Since This law suit I have Been Retaliated against by the Brown Co Jail. In March I filed a seperate law suit, Self v. Cpl Mekash et al, 19-CV-1279. In that law suit I asked for an injunction order to Cease the Retaliation. I have Amended My Complaint 2 times since then Due to the Retaliation. My Mail is Constantly tampered with, When Im in Brown County I get locked Down Alot with No Conduct Report, My Visitation is Tampered with. My funds for Canteen is tampered with. My legal Mail is lost and witheld from me or Misplaced. Your Honor it is an ongoing issue. I know your a very fair Judge

And also you are probably very busy However I'm asking for your help. Will you please screen my complaint and make a decission for an order to cease the Retaliation? Will you also make a decission on the Defendants Motion for Summary Judgement? Thank you very much for your time and consideration your Honor.

Respectfully Submitted
Carl Self

Date: 1/21/20